UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDD... ...LA

200. ... ... ... J 14

...Y CLERK

BRITTANY STACEY

VERSUS

MUHAMMED SALEH AND CASA
LA VIDA

CIVIL ACTION

NO.  08-53-C

## RULING

The court, after carefully considering the petition, the record, the law applicable

to this action, and the Report and Recommendation of United States Magistrate Judge

Docia Dalby dated April 15, 2008, to which no objection has been filed, hereby

approves the report and recommendation of the magistrate judge and adopts it as the

court's opinion herein.

Accordingly, the plaintiff's motion to remand (rec.doc.3) is denied.

Baton Rouge, Louisiana, May  *J6*  , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA